In the Matter of the Examination of Seneca R. Stoddard, Appellant, in Proceedings Supplementary to Execution. Jonathan M. Coolidge, Execution Creditor, Respondent.— Order denying motion for resettlement affirmed, without costs. No opinion. All concurred.

In the Matter of the Application of Orville J. Van Dusen, Respondent, to Lay Out a Highway in the Town of Caldwell, County of Warren, N. Y. Henry E. Tremain and Sarah G. Tremain, Appellants.— Order unanimously affirmed, with costs. No opinion.

In the Matter of the Application of Alice E. Fenn, an Infant, Individually and by Catherine D. Fenn, Her Guardian ad Litem, to Lay Out a Highway in the Town of Putnam, and the Assessment of Damages Therefor.— Motion denied.

Dennis McCarthy, Respondent, v. Spencer Trask, Appellant.— Judgment unanimously affirmed, with costs. No opinion.

Bartlett Nye, Individually and as Executor, etc., of Charles F. Nye, Deceased, Respondent, v. Elizabeth M. McLellan and Others, Impleaded with Mary L. Dyer and Isaac W. Dyer, Appellants.— Interlocutory judgment unanimously affirmed, with costs. No opinion.

Fuller W. Nye, Appellant, v. Malone Paper Company, Respondent.— Judgment and order affirmed, with costs. No opinion. All concurred, except Kellogg, J., dissenting.

Rosanna Palin, as Administratrix, etc., of Adelard Palin, Deceased, Appellant, v. The Cary Brick Company, Respondent.— Order affirmed, with costs. No opinion. All concurred.

The People of the State of New York ex rel. Sloan M. Bice, Respondent, v. The Common Council of the City of Cohoes, as the Board of Canvassers of the City of Cohoes, Defendant, and Frank Wagstaff, Appellant.— Final order and judgment unanimously affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Frank Kelly, Indicted as John Doe, etc., Appellant.— Judgment of conviction affirmed. No opinion. All concurred. Sewell, J., not sitting.

The People of the State of New York ex rel. Glens Falls Trust Company, Appellant, v. Louis E. Reoux, as County Treasurer of Warren County, State of New York, Respondent.— Order affirmed, with costs. No opinion. All concurred, except Smith, P. J., dissenting.

The People of the State of New York, Respondent, v. James Surrocco, Appellant.— Judgment of conviction affirmed. No opinion. All concurred.

The People of the State of New York, Appellant, v. Moresville Turnpike Company, a Corporation, Respondent.— Interlocutory judgment affirmed, with costs, with usual leave to the plaintiff to amend complaint upon payment of costs in this court and at Special Term. No opinion. All concurred.

Milburt M. Price and Others, Respondents, v. Fred R. La Ferriere, Appellant. — Judgment affirmed, with costs. No opinion. All concurred.

Ransom Qua, Appellant, v. Edward D. Hodges, Respondent.— Judgment unanimously affirmed, with costs. No opinion.

Hannah Rose, Respondent, v. James E. Armstrong and Confucius L. Geer, as Administrators, etc., of Larkin K. Geer, Deceased, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion.